UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   12/4/2020
```

RAMON JAQUEZ, *on behalf of himself and all others similarly situated*,

                Plaintiff,

       -against-

SEBAGO USA, LLC,

                Defendant.

20-cv-7115 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff initiated this action on September 1, 2020 by filing a complaint, which he later amended [ECF #1, 5 ("First Amended Complaint")]. Plaintiff thereafter filed an affidavit of service representing that Defendant was served with the summons and First Amended Complaint on September 22, 2020 [ECF #8]. The deadline for Defendant to respond to the complaint was October 13, 2020. However, Defendant has not answered or otherwise appeared in this action, and Plaintiff has not moved for a default judgment.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file any motion for a default judgment by January 4, 2021. Defendant shall file any opposition by January 14, 2021. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-mary-kay-vyskocil. Failure to move for a default judgment by January 4, 2021 may result in dismissal of this action for failure to prosecute.

**SO ORDERED.**

**Date:  December 4, 2020**
     **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**